## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | ) | |
|---|---|---|
| **In re:** | ) | **Case No. 17-20612** |
| | ) | **Chapter 13** |
| **Yevgeny M. Zagorodnyuk and** | ) | **Honorable A. Benjamin Goldgar** |
| **Zhanna N. Zagorodnyuk,** | ) | **Lake County** |
| **Debtor** | ) | |

## NOTICE OF APPLICATION

**To:** Yevgeny & Zhanna Zagorodnyuk, PO Box 70, Highland Park, IL 60035
\* Patrick Layng, U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604
\* Glenn B. Stearns, Standing Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532

*See attached service list of all creditors, all of whom were served via first-class mail*

PLEASE TAKE NOTICE that on July 13, 2018, at 9:30 a.m., we will appear before the Honorable Judge A. Benjamin Goldgar, or such Judge is sitting in his stead, at the North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, IL 60073, and then and there present our **Attorney's Application for Compensation for Representing Chapter 13 Debtor,** a copy of which is attached hereto and served upon you herewith.

Dated: June 21, 2018　　　　　　　　　　　　　　/s/ *David P. Leibowitz*
　　　　　　　　　　　　　　　　　　　　　　　Lakelaw
　　　　　　　　　　　　　　　　　　　　　　　53 W. Jackson, Suite 1115
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　　　　　847.249.9100

## CERTIFICATE OF SERVICE

On June 21, 2018, the undersigned certifies that on this date, he caused a copy of the above-referenced document to be served upon each person shown on the attached service list, by United States Mail, with postage prepaid, at Chicago, Illinois. Those marked above with an asterisk were served via electronic service.

　　　　　　　　　　　　　　　　　　　　　　　/s/*David P. Leibowitz*
　　　　　　　　　　　　　　　　　　　　　　　Attorney

BANK OF AMERICA, N.A.
PO Box 31785
TAMPA, FL 33631-3785

Bayview Loan Servicing, LLC
P.O. Box 840
5th Floor
Buffalo, NY 14240-0840

Alex Zagor
566 Haddon Circle
Vernon Hills, IL 60061-2945

Americredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Archer Bank
4970 South Archer Avenue
Chicago, IL 60632-3623

Bank of America
P. O Box 31690
Tampa, FL 33631-3690

Bank of America NA
PO Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
101 S. Tryon Street
Charlotte, NC 28255-0001

Bank of America, N.A.
Bank of America
PO Box 31785
Tampa FL 33631-3785

Bayview Loan Servicing, LLC
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, FL 33146-1837

Bayview Loan Servicing, LLC
C/O McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602-4337

Capital One GM Mastercard
PO Bix 71107
Charlotte, NC 28272-1107

Capital One Venture Visa
PO Box 71107
Charlotte, NC 28272-1107

Cavalry Spv I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

Citicards CBNA
PO Box 5000
Sioux Falls, SD 57117-5000

Citimortgage Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

Fifth Third
38 Fountain Sq Plaza
Cincinnati, OH 45263-0001

GM Financial
801 Cherry Street
Suite 3500
Fort Worth, TX 76102-6854

Greenlight Financial Services
18200 Von Karman Ave # 300
Irvine, CA 92612-1016

JP Morgan Chase Bank NA
PO Box 47020
Atlanta, GA 30362-0020

JPMorgan Chase Bank N..
1111 Polaris Parkway
Columbus, OH 43240-2050

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERS
PO Box 2026
Flint, MI 48501-2026

Mercedes-Benz Financial
PO Box 685
Roanoke, TX 76262-0685

Nationstar Mortgage LLC
Att PC Trailing Documents
4000 Horizon Way, Suite 100
Irving, TX 75063-2260

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028

Nationstar Mortgage LLC
PO Box 650783
Dallas, TX 75265-0783

Nationstar Mortgage LLC
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Ocwen Loan Servicing LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409-6493

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

U.S. Bank Trust National Association
c/o Manley, Deas & Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216-5028

U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

UBS
5 Revere Drive
Northbrook, IL 60062-8003

c/o Manley, Deas & Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216-5028

Form F3-7 (20170105)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-20612 |
| Yevgeny M. Zagorodnyuk and Zhanna N. Zagorodnyuk, ) ) ) | Chapter: | 13 |
| ) | Honorable A. Benjamin Goldgar | |
| ) | Lake County | |
| Debtor(s) ) | | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

   (i) not entered into any other agreements that provide for the attorney to receive:

   a. any kind of compensation, reimbursement, or other payment, or

   b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

   (ii) have specifically discussed and understand that:

   a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

   b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

   c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

   d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Form F3-9 (20170105)

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00  flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$         0  for filing fee paid by the attorney with the attorney's funds

$            for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$         0  Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☐ None

A total of  $ 5,000.00

Date of Application: 6/21/2018          Attorney Signature  /s/ David P. Leibowitz