# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | July 13, 2018 |
| Bankruptcy Case | 17 B 20612 | Adversary No. | |
| Title of Case | Yevgeny M. Zagorodnyuk and Zhanna N. Zagorodnyuk | | |

**Brief Statement of Motion**: Application for chapter 13 compensation for David P. Leibowitz, debtors' attorney

(Re: docket No. 67)

**Names and Addresses of moving counsel**:
David P. Leibowitz
Lakelaw
53 W. Jackson Blvd., Ste., 1115
Chicago, Illinois 60604

**Representing**: Debtors

## ORDER

This matter came before the court on July 13, 2018, on the attorney's application for compensation. Counsel for the debtor is required to appear at the next hearing. Status hearing is set for August 3, 2018, at 10:30 a.m. at the North Branch Court, Round Lake Beach, Illinois.

*[signature]*